FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OSCAR AYALA, <br><br> Plaintiff, <br><br> v. <br><br> MR. MISRA, et al., <br><br> Defendants. | Case No. EDCV 06-00234 VBF (AJW) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

**IT IS SO ORDERED.**

DATED: 6-29-08

_____
VALERIE BAKER FAIRBANK
United States District Judge