UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| OSCAR AYALA, | ) | |
| Plaintiff, | ) | No. EDCV 06-00234 VBF(AJW) |
| v. | ) | JUDGMENT |
| MR. MISRA, et al., | ) | |
| Defendant(s). | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: 6-29, 2008

VALERIE BAKER FAIRBANK
United States District Judge